UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F����� B�������,

    Plaintiff,

v.

J������� C�������, I��.,

    Defendant.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:08-cv-29

## ORDER GRANTING MOTION FOR LEAVE TO FILE DOCUMENT

This matter is before the Court on the plaintiff's unopposed motion for leave to file supplemental brief opposing defendant's motion for summary judgment and to stay discovery and related dates (Dkt. #144). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that plaintiff's unopposed motion for leave to file supplemental brief opposing defendant's motion for summary judgment and to stay discovery and related dates (Dkt. #144) is **GRANTED**. The Clerk of Court shall accept the proposed brief for filing.

**IT IS FURTHER ORDERED** that additional supplemental filings regarding defendant's motion for summary judgment and to stay discovery and related dates WILL NOT be accepted from either party.

Date: February 4, 2010

    /s/ Paul L. Maloney
    Chief Paul L. Maloney
    United States District Judge